McGREGOR W. SCOTT
United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> EARL JOHN VELASQUEZ, <br> Defendant. | CASE NO. 1:18-CR-00184 LJO SKO <br><br> VIOLATION: 18 U.S.C. § 2261A(2)(B) – Stalking |

# INDICTMENT

COUNT ONE:       [18 U.S.C. § 2261A(2)(B) -- Stalking]

The Grand Jury charges: T H A T

EARL JOHN VELASQUEZ,

defendant herein, beginning on or about January 1, 2018, until on or about June 1, 2018, in the County of Kern, State and Eastern District of California, with the intent to kill, injure, harass and intimidate, used any interactive computer service, electronic communication service or electronic communication system of interstate commerce, or any other facility of interstate or foreign commerce, to wit: used the telephone, electronic mail, the internet and internet-based social media applications, to engage in a course of conduct that caused, attempted to cause, and would reasonably be expected to cause substantial emotional distress to T.A., all in violation of Title 18, United States Code, Section 2261A(2)(B).

A TRUE BILL.

/s/ Signature on file w/AUSA
_____
FOREPERSON

McGREGOR W. SCOTT
United States Attorney

_/s/_____
KIRK E. SHERRIFF,
Assistant United States Attorney
Chief, Fresno Office